IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Jamarion Bell, ) | Case No. 0:24-cv-07299-JDA-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| Major Holmes; Sgt. C. Boswell; Lt. ) | |
| Thomas Horton; Ofc. Cannon; Capt. ) | |
| R. Cooper; John Meyers; Brandon ) | |
| DeBaun; Mary Bramucci; Harry J. ) | |
| Johnson, II; Capt. Carnes; Sgt. S. ) | |
| Robinson; Capt. Karl Von Mutius; ) | |
| A.W.W. Brightharp; Sgt. C. Brunson, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's motions for a temporary restraining order. [Docs. 50; 75.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), this matter was referred to United States Magistrate Judge Paige J. Gossett for pre-trial proceedings.

On June 5, 2025, and August 29, 2025, the Clerk docketed Plaintiff's motions for a temporary restraining order. [Docs. 50; 75.] The Magistrate Judge issued a Report and Recommendation ("Report") on January 20, 2026, recommending that Plaintiff's motions be denied. [Doc. 99.] The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. [*Id*. at 4.] Neither party has filed objections and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court.  See *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976).  The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b).  The Court will review the Report only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

    The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error.  Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference.  Accordingly, Petitioner's motions for a temporary restraining order [Doc. 50; 75] are DENIED.

    IT IS SO ORDERED.

s/ Jacquelyn D. Austin<br>United States District Judge

February 17, 2026
Columbia, South Carolina